# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KERKMAN & DUNN and NUIX LLC,

      Plaintiffs,

v.

SXP ANALYTICS LLC,

      Defendant.

Case No. 12-CV-779-JPS

ORDER

   On July 30, 2012, Bankruptcy Judge Dee McGarity submitted a Report and Recommendation to the Court. (Rept. and Rec. (Docket #1)). That Report and Recommendation recommended that the Court enter an order in favor of Plaintiffs Kerkman & Dunn and Nuix, LLC, and against Defendant SXP Analytics, LLC. (Rept. and Rec. at 5). Under Fed. R. Bankr. P. 9033(b), the parties had 14 days to enter objections to Judge McGarity's Report and Recommendation. That period to object has long since passed, and the Court has not received any objections from the parties. Therefore, the Court will now adopt Judge McGarity's Report and Recommendation and enter the suggested order for judgment.

   Accordingly,

   IT IS ORDERED that the Report and Recommendation of Bankruptcy Judge Dee McGarity (Docket #1) be and the same is hereby ADOPTED;

   IT IS FURTHER ORDERED that the clerk shall enter judgment in favor of Kerkman & Dunn and against SXP Analytics, LLC, in the amount of $30,970.10; and

IT IS FURTHER ORDERED that the clerk shall enter judgment in favor of Nuix, LLC, and against SXP Analytics, LLC, in the amount of $6,971.25.

The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of November, 2012.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Page 2 of 2

Case 2:12-cv-00779-JPS   Filed 11/26/12   Page 2 of 2   Document 2